UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
KIAMA FALTINE; KIJAFA FALTINE,

                    Plaintiffs,

               -against-

MARTIN MURPHY; ELIZABETH
CALCATERA; THOMAS
NIXON-FRIEDHEIM; LEILA C. ROSINI;
LANZA MAXIMILI; JOHN DOE ARRESTING
OFFICER OF KIJAFA FALTINE,

                    Defendants.
--------------------------------------------------------X

**JUDGMENT**
15-CV-3961 (RRM) (LB)

     A Memorandum and Order of the undersigned having been issued this day dismissing

plaintiffs' claims against defendants, and further directing the Clerk of Court to enter judgment

accordingly and to close this case, it is

     ORDERED ADJUDGED AND DECREED that plaintiffs take nothing of defendants;

and that all claims brought by plaintiffs as against defendants are dismissed; and that this case is

hereby closed.


Dated: Brooklyn, New York

      June 3, 2016

*Roslynn R. Mauskopf*

_____
ROSLYNN R. MAUSKOPF
United States District Judge